No. 160.  FLORIDA EX REL. FARBER *v.* WILLIAMS, JUDGE; and

No. 161.  FLORIDA EX REL. MOLIVER *v.* WILLIAMS, JUDGE. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Herbert A. Warren, Jr.,* and *Hilton R. Carr, Jr.,* for petitioners. Reported below: No. 160, 183 So. 2d 537; No. 161, 183 So. 2d 540.

No. 302.  FINE ET AL. *v.* WOODS HOLE, MARTHA'S VINEYARD & NANTUCKET STEAMSHIP AUTHORITY ET AL. Sup. Jud. Ct. Mass. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Roger F. Turner* and *Bernard G. Sykes* for petitioners. *Laurence S. Fordham* for respondent Woods Hole, Martha's Vineyard & Nantucket Steamship Authority.

No. 384.  MAZEWSKI *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Motion to dispense with printing petition for writ of certiorari granted. Certiorari denied.

No. 137.  LEJEUNE *v.* LOUISIANA. Sup. Ct. La. Motion to dispense with printing petition for writ of certiorari granted. Certiorari denied. *A. Robert Theibault* for petitioner.

No. 381.  POWELL *v.* MISSISSIPPI. Sup. Ct. Miss. Motion to dispense with printing petition for writ of certiorari granted. Certiorari denied. *E. Hugh Cunningham, Jr.,* for petitioner.